UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Immigrant Legal Defense          ,

Plaintiff(s),

v.

U.S. Dept. of Justice et al.          ,

Defendant(s).

Case No. 4:26-cv-05711

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Claudia Valenzuela          , an active member in good standing of the bar of the Supreme Court of Illinois          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Immigrant Legal Defense          in the above-entitled action. My local co-counsel in this case is Jayashri Srikantiah          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 189556          .

1301 Clay Street, #70010 Oakland CA 94612

MY ADDRESS OF RECORD

(510) 519-1231

MY TELEPHONE # OF RECORD

claudia@ild.org

MY EMAIL ADDRESS OF RECORD

559 Nathan Abbott Way, Stanford, CA 94305

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 724-2442

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jsrikantiah@law.stanford.edu

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6279472          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1          times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/15/2026

Claudia Valenzuela
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Claudia Valenzuela is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 25, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Claudia Beatrice Valenzuela Rivas

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/08/2003 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of May, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois